CARLL S. CHACE, Appellant, *v.* ELEANOR U. CHACE, Respondent.

Submitted April 15, 1940; decided April 23, 1940.

*Jacob I. Horowitz* for motion.
*Branch P. Kerfoot* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not final.